UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER MILLER, # 185506,                     )
               Plaintiff,               )
                                            )     No. 1:13-cv-19
-v-                                           )
                                            )     HONORABLE PAUL L. MALONEY
MARY BERGHUIS, et al.,                        )
               Defendants.              )
_____)

## JUDGMENT

       Having dismissed the complaint for failure to state a claim upon which relief can be granted,

as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of

Defendants and against Plaintiff.

       **THIS ACTION IS TERMINATED.**

       **IT IS SO ORDERED.**


Date:   May 13, 2014                            /s/ Paul L. Maloney             
                                                     Paul L. Maloney
                                                       Chief United States District Judge